# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

PAUL HESLA,

        Plaintiff,

v.

CEDARS 94/THE GOODMAN GROUP,
THE PRE-PETITION SCREENING
PROGRAM, and ROSEMARY A. MUNNS,

        Defendants.

Civil No. 13-285 (RHK/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. Objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the undersigned's de novo review of the Objections, the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 7) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 4) is **ADOPTED**;

3. Plaintiff's application to proceed in forma pauperis (Doc. No. 2) is **DENIED**; and

4. This action is summarily **DISMISSED** for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 25, 2013

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge